1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RILEY RICHARD WILLIAMS,                No.  2:25-cv-3270-SCR

12                  Plaintiff,               ORDER GRANTING IFP AND
                                             DIRECTING E-SERVICE
13         v.

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                  Defendant.
16

17         Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  *See*

18    28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19    security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted an

20    affidavit, averring that she is unable to pay the costs of this proceeding.  Accordingly, IT IS

21    HEREBY ORDERED that:

22         1.      Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23         2.      The Clerk of Court is directed to issue a summons for this case;

24         3.      In keeping with the court's e-service procedure for Social Security cases, service

25                 on the defendant Commissioner of Social Security Administration shall proceed

26

27    [1]  Actions involving review of Social Security decisions are referred to a magistrate judge
      pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).
28

                                           1

1    under the court's E-Service program as follows.  Once a summons is issued, the

2    Clerk of Court shall deliver to the Commissioner of Social Security

3    Administration and the United States Attorney's Office at their designated email

4    addresses a notice of electronic filing of the action along with the summons and

5    complaint.  The Commissioner has agreed not to raise a defense of insufficient

6    service of process if provided with notice of a complaint as detailed in this order.

7    This order is not intended to prevent parties from making any other motions that

8    are appropriate under the Federal Rules of Civil Procedure; and

9    4.    The Clerk of Court is DIRECTED to issue a scheduling order in this case.

10    IT IS SO ORDERED.

11    DATED: November 17, 2025

13    _____

14    SEAN C. RIORDAN
      UNITED STATES MAGISTRATE JUDGE