ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILEY RICHARD WILLIAMS, | )   Civil No. 2:25-cv-03270-SCR |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER FOR EXTENSION OF TIME** |
| | ) **TO RESPOND TO PLAINTIFF'S** |
| COMMISSIONER OF SOCIAL SECURITY, | ) **COMPLAINT** |
| Defendant. | ) |
| | ) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case.  In support of this request, the Commissioner respectfully states as follows:

1.    Defendant's response to Plaintiff's Complaint is due currently January 19, 2026. Defendant has not previously requested an extension of this deadline.

2.    At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3.    Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding obtaining

electronic certified administrative records (eCARs). We have been working with our previously furloughed staff in order to work through the backlog yet given staffing shortages due to the recent year-end holidays this eCAR is not available for filing by its current due date.  Furthermore, for the past two months, we have had a major backlog in obtaining transcriptions of hearing recordings throughout all of the Division of Civil Actions – our transcription contractors are at capacity and have not been able to keep up with our requests.

4. Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 18, 2026, respond to Plaintiff's Complaint.

`                              Respectfully submitted,

Date: *January 20, 2026*

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
By:   *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Date: *January 20, 2026*

By:   *s/ Francesco Paulo Benavides*
Francesco Paulo Benavides
Law Offices of Francesco Benavides
Attorney for Plaintiff
(*as authorized by email)

ORDER

APPROVED AND SO ORDERED


DATED: January 20, 2026



_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE